UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GARCIA, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> JIMMY WALKER, ) <br> ) <br> Respondent. ) <br> ) <br> _____ ) | Civil No. 07-CV-1006-L(JMA) <br><br> **ORDER DENYING WITHOUT PREJUDICE PETITIONER'S MOTION FOR STAY AND ABEYANCE [doc. #5]; CASE TO REMAIN CLOSED** |

Petitioner filed his petition for writ of habeas corpus on June 1, 2007. On June 8, 2007, the Court dismissed the petition without prejudice for failure to pay the $5 filing fee or move to proceed in forma pauperis. [doc. #2]. Thereafter, petitioner attempted to file a motion for stay and abeyance of the claims [doc. #3] but the motion was rejected because the petitioner did not comply with the Court's June 8, 2007 Order. The July 30, 2007 Notice of Document Discrepancy also note that compliance with the June 8, 2007 Order was required to reinstate the action.

On September 14, 2007, petitioner filed a "corrected motion for stay and abeyance.) [doc. #5]. The Court accepted the document even though there were discrepancies noted. Having reviewed the file; however, the Court notes petitioner has not yet complied with the Court's June 8, 2007 Order: "**IN ORDER TO PROCEED WITH THIS ACTION PETITIONER MUST NO LATER THAN AUGUST 6, 2007, (1) SUBMIT A COPY OF THIS ORDER WITH**

**THE $5 FEE OR WITH ADEQUATE PROOF OF HIS INABILITY TO PAY THE FEE;** . . ."

(Order filed June 8, 2007).

Because petitioner has not paid the $5 fee or provided adequate proof of his inability to pay the fee within the time provided in the Court's Order, petitioner's "corrected motion for stay and abeyance" is **DENIED WITHOUT PREJUDICE AND AS MOOT** for failure to comply with the Court's prior Order. This case remains closed pursuant to the Court's Order of June 8, 2007.

**IT IS SO ORDERED.**

DATED: September 26, 2007

M. James Lorenz
United States District Court Judge

COPY TO:

HON. JAN M. ADLER
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL